STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> Vs. <br><br> KHALID SHAIKH, <br><br> Defendant. | No. CR-09-1049-EJD <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE NOVEMBER 28, 2011 SENTENCING DATE TO JANUARY 23, 2012 <br><br> Honorable Edward J. Davila |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Hanley Chew, counsel for the Plaintiff, and Defendant Khalid Shaikh, by his Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for November 28, 2011, at 9:00 a.m., is continued to January 23, 2012 at 1:30 p.m., or as soon thereafter as is convenient for the Court. The United States Probation Officer assigned to this case has been contacted and has no objection to this stipulation to continue the sentencing hearing to January 23, 2012 at 1:30 p.m.

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE NOVEMBER 28, 2011, SENTENCING DATE*

The basis for this defense request is that counsel is still gathering information for Mr. Shaihk's sentencing hearing. Additionally, the defendant, who works out of state, still needs to be interviewed by U.S. Probation.

Mr. Shaihk continues to be on pretrial release where he not only has obeyed all Court orders and made all Court appearances, but he continues to be gainfully employed and caring for the well being of his wife and child.

IT IS SO STIPULATED.

Dated: November 8, 2011  \_\_\_/s/_____
 STEVEN F. GRUEL
 Attorney for Khalid Shaikh

Dated: November 8, 2011  \_\_/s/_____
 HANLEY CHEW
 Attorney for United States of America

## [PROPOSED] ORDER

Sentencing in the above matter is continued from November 28, 2011 to January 23, 2012 at 1:30 p.m. as stipulated above.

IT IS SO ORDERED.

Dated: November 9, 2011  _____
 HONORABLE EDWARD J. DAVILA
 United States District Court Judge

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE NOVEMBER 28, 2011, SENTENCING DATE*