STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>KHALID SHAIKH,<br><br>    Defendant. | No. CR-09-1049-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JANUARY 23, 2012 SENTENCING DATE TO FEBRUARY 6, 2012<br><br>Honorable Edward J. Davila |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Hanley Chew, counsel for the Plaintiff, and Defendant Khalid Shaikh, by his Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for January 23, 2012 at 1:30 p.m., is continued to February 6, 2012 at 1:30 p.m., or as soon thereafter as is convenient for the Court. The United States Probation Officer assigned to this case has been contacted and has no objection to this stipulation to continue the sentencing hearing to February 6, 2012.

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE JANUARY 23, 2012, SENTENCING DATE*

The basis for this defense request is that counsel is still gathering information for Mr. Shaihk's sentencing hearing. Additionally, defense counsel has several other business matters which require extensive travel prior to January 23, 2012. Mr. Shaihk continues to be on pretrial release where he not only has obeyed all Court orders and made all Court appearances, but he continues to be gainfully employed and caring for the well being of his wife and child.

IT IS SO STIPULATED.

Dated: December 22, 2011   \_\_\_/s/_____
STEVEN F. GRUEL
Attorney for Khalid Shaihk

Dated: December 22, 2011   \_\_/s/_____
HANLEY CHEW
Attorney for United States of America

### [~~PROPOSED~~] ORDER

Sentencing in the above matter is continued from January 23, 2012 at 1:30 p.m. to February 6, 2012 at 1:30 p.m. as stipulated above.

IT IS SO ORDERED.

Dated: December 28, 2011   *[signature]*
HONORABLE EDWARD J. DAVILA
United States District Court Judge