STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-09-1049-EJD |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) FOR UNITED STATES PRETRIAL |
| Vs. | ) SERVICES TO RELEASE DEFENDANT'S |
| | ) PASSPORT |
| KHALID SHAIKH, | ) |
| | ) |
| Defendant. | ) Honorable Edward J. Davila |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

Hanley Chew, counsel for the Plaintiff, and Defendant Khalid Shaikh, by his Counsel, Steven F.

Gruel, that the United States Pretrial Services release defendant's passport to the defendant or his

attorney, Steven F. Gruel. On April 30, 2012, the defendant was sentenced in this case. In that

the prosecution of the case has been completed, there is no need for the United States Pretrial

Services Officer to maintain custody of this passport.

IT IS SO STIPULATED.

Dated: January 10, 2013          ___/s/_____
                                          STEVEN F. GRUEL
                                          Attorney for Khalid Shaikh


Dated: January 10, 2013          ___/s/_____
                                          HANLEY CHEW
                                          Attorney for United States of America


                              [~~PROPOSED~~] ORDER

    PREDICATED on the above stipulation, the United States Pretrial Services Office is hereby

ordered to release defendant's passport to defendant, or his attorney, Steven F. Gruel.

    IT IS SO ORDERED.


 Dated: 1/15/2013          _____
                                          HONORABLE EDWARD J. DAVILA
                                          United States District Court Judge

*STIPULATION AND [~~PROPOSED~~] ORDER FOR*
*PRETRIAL SERVICES TO RELEASE DEFENDANT'S PASSPORT*